The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its entry on the record.



Russ Kendig
United States Bankruptcy Judge

Dated: 09:55 AM April 2, 2020

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 20-60175 |
| | : | |
| Andrew M. Chung, | : | CHAPTER 13 |
| | : | |
| DEBTOR. | : | JUDGE KENDIG |

### ORDER GRANTING MOTION FOR DIRECT CHAPTER 13 PLAN PAYMENTS TO TRUSTEE (Doc 10)

This matter came before the Court on Debtor' Motion for Direct Chapter 13 Plan Payments to Trustee filed on March 2, 2020 (Doc 10). The deadline for objecting to Debtor's Motion for Direct Chapter 13 Plan Payments to Trustee was March 24, 2020. No response or objection has been filed within the response period. **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that for good cause shown, Debtor's Motion for Direct Chapter 13 Plan Payments to Trustee (Doc 10) is hereby GRANTED.

IT IS SO ORDERED.

Submitted by:
/s/ Rebecca K. Hockenberry
Rebecca K. Hockenberry (0074930)
Thompson & Hockenberry Co. LPA
371 Lexington Avenue
Mansfield, OH 44907
(567) 560-2095
(614) 737-9945 facsimile
rebecca@attyTH.com

Attorney for Debtors

Service upon the following Via the court's Electronic Case Filing System on those entities and individuals who are listed on the court's Electronic Mail Notice List:

Rebecca K. Hockenberry    Rebecca@attyTH.com, Denise@attyTH.com;r62556@notify.bestcase.com
Dynele L Schinker-Kuharich    DLSK@Chapter13Canton.com, dschinkerkuharich@ecf.epiqsystems.com
United States Trustee    (Registered address)@usdoj.gov

And by regular U.S. mail, postage prepaid, on:

###

2